18-Marzo-03

Hon. Juez federal
Sr. Juan Pérez Gimenez

Num-03-1050

Dios le Bendiga Grandemente
tanto a usted como a sus seres amados.

El Viernes 14 de Marzo recibí
carta donde me indican que aceptarán
mi Mocion para proceder como pobre.
y donde estaba su firma con fecha
del 7 de Marzo del 2003.

El Motivo por el cual le escribo
Hon. Juez, Pérez Gimenez es la
siguiente; me olvide de incluirle
una información que es Muy vital
para proba que el caso es fabricado y que
merecemos un nuevo juicio, o la revocación
de la sentencia.
Es muy Necesario que se incluya al
investigador Privado el Sr. Antonio Santana
que tiene información verídica de que
una de los testigos la Sra. Barbara
Martínez Maldonado desea y quiere
hablar la verdad, esta testigo le dio
información Muy Valiosa al Sr. Santana
y a su vez el Sr. Santana desea ser
testigo y entrevistarse ante usted
para darle todo la información.

④

RECEIVED
MAR 2 1 2003
CHAMBERS OF
JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE

-2-

Esta testigo la Sra. Barbara Martinez Maldonado a su vez ella consulto con su hno. el tambien testigo el Sr. Jose Martinez Maldonado, que tambien desea hablar la verdad pero desea que alla un abogado.

Yo le suplico le imploro a su Senoria Hon. Perez Gimenez que se entreviste con el investigador Sr. Antonio Santana para que aporte con la informacion que posee que es muy vital para nuestras vidas. que provaria que el caso fue' vilmente fabricado por el ex fiscal Andrez Rodriguez Elias e demas involucrado creemos y la justicia verdadera.

Sr. Juez perdone por los inconveniencias solo deseamos que la verdad solga a la luz. Por favor indiquenos si esta informacion llego a sus manos es importante saberlo.
Gracias y que Dios le Bendiga

atte   Juan Carlos Melendez Serrano
Bayamon 501
18 Mayo-03    Unidad 3A Modulo 208
P. O. Box 607073
Bayamon, PR 00961



Juan Carlos Melendez Serrano
Bayamon 501
Unit 3A Modulo 208
P.O. Box 60 70 73
Bayamon, PR. 00961

RECEIVED
MAR 2 1 2003
CHAMBERS OF
JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE

Clerks office
US District Court
Judge Juan Perez Jimenez
federico Degetau federal Building
150 Carlo Chardon Street
Hato Rey, P.R. 00918

Num. - 03-1050