UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO



JUAN CARLOS MELENDEZ SERRANO,
Petitioner

CIVIL NO: 03-1050

v.

EL PUEBLO DE PUERTO RICO,
Defendant
_____/

**MOTION TO SHOW CAUSE AND REQUEST FOR APPOINTMENT OF ATTORNEY**

TO THE HONORABLE JUDGE JUAN M. PEREZ GIMENEZ:

COMES JUAN CARLOS MELÉNDEZ SERRANO pro se and very respectfully asks this Honorable Court not to dismiss this case for the following reasons:

I received the order from your Honor days after you allow me to take the case in forma pauperis. I did not know what do do after your Honor allow the forma pauperis. I thought that a lawyer from the federal court would come and see me and that he or she would take the case in court because I don't know about laws in any court. I was waiting for the lawyer from the court to take my case and I did not know I had to do anything else.

It is very hard for me to communicate with the outside from this jail. Nobody Can help me. My mother and father live in Miami, Florida and I am alone in Puerto Rico. The persons and guards here in this jail don't know what to do and they will not help me. My social worker will not help me. I have a very good case. It is a fabricated case by a prosecutor who has fabricated other cases. My lawyer did not do his work. My rights were not respected. I have many other points that can be worked if a lawyer is



assigned to my case.

I ask that because of the reasons I have exposed my case not be dismissed. I need a lawyer very urgent your Honor. The other person accused with me is also innocent and we have been in prison for 14 years and we are completely innocent persons. The trial was a circus and the prosecutor did not follow the judge instructions. Only the federal court can help to discovery this great injustice. I don't know how to do this in court. Please judge Perez give me a lawyer who can help me. <u>I AM INNOCENT.</u>

BAYAMON, PUERTO RICO 7 DE JULIO DE 2003.

*[signature]*

JUAN CARLOS MELÉNDEZ SERRANO
BAYAMÓN 501
UNIDAD 3-B
P.O. BOX 607073
BAYAMON, P.R 00961