11 Agosto-03

Hon. Jes; A. CASTELLANOS
MAGistrado Federal.          03-1050 PG

Dios Le Bendiga Grandemente, Le Súplico por este Medio Muy respetuosamente por Amor a Nuestro Señor Jesucristo que reconcidere su determinación de no ha Lugar realmente Nosotros Somos Inocentes, Examine bien la información de la siguiente Moción que Acompaña esta carta.

EN Adicción a eso le comento lo siguiente: Hubo una Testigo ocular Muy importante que Tenía el Fiscal Andres Rodriguez Elias, que al ver El que La testigo lo que traía daba Más fuerza Real a los Testimonios de la patologa Forenze y a otra Vecina que también es testigo, y los Tres Testimonios Juntos demostrarón Mas alla de duda Razonable Nuestra Inocencia y realmente el Caso era y es Vilmente Fabricado Hay una testigo Ocular Verdadera que el Jurado No quizo atender.-

Solo deseamos Hon. MAGistrado Una Oportunidd con este Nuevo Juicio de Probar que los testigos los prepararon para Mentir (2 dos Testigos Estrellas) y que ocultarón La Verdad. Deseamos un Juicio Justo, Honesto y sin Prejuicio Ninguno. de por favor Ha Lugar esa Mocion de Nuevo Juicio.
GRACIAS por su Valiosa Atención
Atte Juan Carlos Meléndez Serrano
Confinado Bayamón 501. Unidad 3B Modulo 103 P.O Box 607073
Bayamón PuertoRico 00961

UNITED STATES DISTRICT COURT
FOR The DISTRICT OF Puerto Rico

Juan Carlos Meléndez Serrano
  Plaintiff
       v.
El Pueblo de Puerto Rico
  Defendent

Civil No. 03-1050 PG

Mocion Narrativa de Reconcideracion

AL Honorable Magistrado Federal Jesus A. Castellanos

Comparece el demandante, Muy respetuosamente expone, Alega y Solicita:

A- Reconcideración a la desicion tomada por este Honorable Tribunal Federal en la fecha del 31 de Julio del 2003, Ante el Magistrado Federal Jesus Antonio Castellanos.

B- Ya que no estoy conforme con dicha desicion tomada, porque los Argumentos que a continuacion Narraré, es Real, veridica que demuestra Realmente Mi INOCENCIA, y que todo lo que fue presentado en el Tribunal ESTATAL demostraron claramente y sin Ninguna duda Razonable que Realmente Somos INOCENTES que no era para que nos Hallaran Culpables., De FAVOR examine a profundidad esta informacion No le Miento por Amor a mi Dios y Salvador, NO Permita que los Inocentes Sigan Pagando por algo que no hicieron (14 años) Hechos

-2-

No permita que el Verdadero y/o los Verdaderos Culpables anden Sueltos Burlandose de la Justicia

C- Yo no quiero la revocacion de la Sentencia, Solo deseo un Verdadero Juicio, Justo e imparcial donde No Fabriquen Pruebas Falsas o testigos falsos. Hoy por Hoy, los dos Testigos que Mintieron para que nos Condenaran a 300 Años, desean Hablar la Verdad pero tiene Temor, creemos en la Justicia Verdadera y en este Honorable Tribunal Federal, para que la Verdad Salga a la Luz.

IV Quede ha Lugar la Solicitud PARA Nuevo Juicio por las Siguientes Motivos:

① Se me violaron los derechos Constitucionales, y el derecho a la Dignidad Humana.

② Se me pribó de un Juicio Justo e imparcial

③ Se me pribó al derecho a la libertad y a la Libre Expresion

④ Las Pruebas presentadas por parte de la Fiscalia Fueron todas pruebas que demostraron Nuestra Inocencia.

⑤ todos los testigos declaron que sus declaraciones Juradas Fueron Alteradas que habian cosas...

-3-

...que ellos Nunca habían dicho.

⑥ No se presento a un caligrafo profesional para que examinara una evidencia que era una evidencia importante a favor de la defensa, por lo que permo el derecho a la Absolución perentoria

⑦ La Pieza de Evidencia Mayor Consistio en un cuchillo de cocina supuestamente ensangrentado y con cabellos de la occisa que fueron encontrado en la casa de la Made del principal Sospechoso el cual no acusaron ni investigaron por ser este primo-hermano de dos politicos reconocidos de Nuestro país, a miles de Km de distancia del lugar de los hechos (Trujillo Alto-Santurce)

⑧ La Fiscalia utilizo a dos Hermanos Menores de edad en aquel entonces; para que ellos cambiaran sus declaraciones para que nos acusaran falsamente de unos hechos que a ellos Realmente No les constaban de sus propios conocimientos sino que fueron instruidos por el ex fiscal Andres Rodriguez Elias para que Mintieran acusandonos falsamente de esos hechos.

⑨ Los testigos Estrellas del Ministerio Fiscal eran Menores de edad que fueron coacionados por el Ex-Fiscal Andres Rodriguez Elias, fueron Atemorizados y Amenazados para que digeran lo que queria el fiscal...

-4-

... Andres Rodriguez Elias, Esto Ante la ley se Constituye Abuso y MALTRATO de MENORES, y Abuso de Autoridad y poder.

⑩ Las Pruebas Presentadas por el Ministerio Público fueron Pruebas que usaron, para un Cerco Vicioso, ya que las misma se usaron en nuestra contra para poder enJuiciarnos, aunque las propias pruebas e evidencias presentadas Fueron, todas a FAVOR de la DEFENSA, Nuestra INOCENCIA.

⑪ El Jurado tomo una desicion errada ya que fue una llena de Prejuicios, ya que nunca ellos examinaron las evidencias, ellos solo Vieron a los acusados de unos Crimenes Horrendo y no las evidencias que demostraben nuestra INOCENCIA.

⑫ El Jurado fue Compuesto por personas que estaban de Jurados en otros casos, ellos estaban cansados y agotados, y el Tribunal estendio los trabajos hasta los sabados ó sea Lunes a sabados de 8:30 AM hasta casi pasadas las 9PM de la noche y se noto al Jurado demasido cansados que no estaban mentalmente en el Tribunal y no aquilitaron las pruebas; pues sus deseos eran el terminar rapido para poder irse a sus Hogares a descansar.

-5-

⑬ Tambien el Ministerio Fiscal y la Defensa Junto al Honorable Juez Hiram Sánchez, habian hechos unos acuerdos donde no se podia traer a Colacion un caso Anterior de record de Ley de arma de 1988 que en nada Tenia relacion con los Hechos por los cuales se me acusaban.

pero el Fiscal Andres Rodriguez Elias Falto a ello, puso a deponer al AGENTE PABLO Quiñonez Laboy (actualmente trabaja para el F.B.I.). UN AGENTE con un historial Largo de experiencia en los Tribunales del pais y tenia el pleno Conocimiento previo de NO Traer al Jurado dicho caso de ley de arma de 1988 en su declaracion ante el Jurado en Sala, el Señor Pablo Quiñonez No hizo caso a eso y trajo la informacion al Jurado lo que ocasiono que el Jurado se Prejuiciara Mucho mas de lo que ya se encontraba y puso a la defensa en una posicion que no pudo sub-sanar esa herida, aun con las Orientaciones del Juez Hiram Sánchez para que no se tomara esa declaracion dada por el agente Pablo Quiñonez laboy en cuenta. ya el daño ocasionado al Jurado estaba hecho

Por eso ocasionaria la desigtegracion del Jurado lo que no se hizo, ya que ese Jurado ya estaba Contaminado.

-6-

III

Que para el 1989, fueron Asesinados una Joven Madre, sus dos hijos en su Humilde Hogar en Trujillo Alto, y sus Cuerpos aparecidos 3 días después.; Los Hechos fueron llamados como la MASACRE de TRUJILLO ALTO.

① Que para la Fecha de los Hechos hubo Muchos Sospechosos potenciales que pudieron haber cometidos los Hechos y Nunca los investigaron Ni los interrogaron Sobre los hechos ENTRE Ellos, El EX-ESPOSO de la Occisa que no vivía con ella y siempre le daba rondas Nocturnas y admitió en Sala ser adicto crónico al Crack y siempre estar bajo los efectos de esa droga y otras porque así "Trabajaba Muy bien".

Otros Sospechosos era el Padrastro de los que luegos se convirtieron en Testigos Falsos de la Fiscalía, dicha persona Tenía Aruñado Sus Cara y pecho, la victima había Aruñado a su AGRESOR. Otro Sospechoso era el Amante de la Victima quien con frecuencia la buscaba en las Noches a ninguno de estos investigaron a Fondo.

② TODA Prueba e Evidencia Encontrada y Mostrada de la escena de los Hechos; probaban La Culpabilidad de Otra Persona que no acusaron y la INOCENCIA NUESTRA.

-7-

③ Los Menores en aquel entonces buscaron ayuda en las oficinas de Asistencia Legal de Puerto Rico en Carolina, y, Hablaron con Los Lcdos. SOSA y Concepcion donde les hablaron a ellos que no sabian Nada del caso y que el Ex-Fiscal Andres Rodriguez Elias los Hostigaban y los perseguian para que hablaran en Nuestra Contra, Siendo Nosotros INOCENTES.

④ La Defensa Solicito que dichos abogados declararan para asi probar que el caso era y es Completamente Fabricado, y que realmente Los testigos usados para acusarnos ellos No saben Nada Sobre los hechos.

⑤ Que al Momento de Ocurrir los hechos Terribles Ninguno Nos encontrabamos en el Lugar.

⑥ Que las unicas Huellas Dactilares encontradas en el Lugar de los Hechos eran del Ex-Esposo de la occisa que dijo en primera que él no habia subido al Hogar de la occisa que él se Mantubo Fuera del Hogar. Despues de un receso dijo ese mismo dia que subio solo hasta la entrada de la casa, Cambio su testimonio en el Lugar se encontraron ademas una botella de Budwaiser, una colilla de Marihuana, y...

-8-

... un cenizero con las Huellas del Ex-Esposo

⑦ Las Propias Pruebas demostraron más allá Nuestra INOCENCIA más allá de duda Razonable.

⑧ Que el Juez Hiram Sánchez Actuó en prejuicio contra Nuestras Personas; a sabiendas que las Pruebas nos declaraban INOCENTES. y acepto una evidencia que Nunca se pudo demostrar que estuviera en la escena; ya que Nunca se encontro en el lugar de los Hechos y apareció Misteriosamente en el Hogar de la Madre del Ex-Esposo de la OCCISS en Santurce Lugar que desconocia los Acusados.

⑨ Que el Juez Hiram Sánchez Martinez, fue Asesor Legal en el Partido Político en el cual Milita los dos Senadores que son pariente del principal Sospechoso de los Hechos, que son Primo-hermanos, por tal Motivo el Juez Hiram Sánchez Martinez tenia que inivirse ya que Milita en dicho partido político y al haber sido Asesor legal se crea un Conflicto de Interes por los Senadores pariente del Sospechoso

⑩ Que por ser Uno de los Primo-hermanos de los Políticos, no lo acusaron ni lo investigaron, aún con todas las Pruebas en su contra, por el poder Político de estos parientes que estaban en el poder (1989)

-9-

11) Que este caso fue llevado a los diferentes foros Estatales y dictaron un no ha lugar a la petición para Nuevo Juicio y/o Revocación de la Sentencia.

Por tal Motivo me he obligado acudir a radicar el recurso de Habeas Corpus ante este Honorable Tribunal Federal en busca de Justicia Verdadera, ya que el estado nos mantiene confinado sabiendo ellos que SOMOS NOSOTROS INOCENTES.
Y Estos Tribunales Estatales están Altamente Politizados y No Hay Justicia para el Pobre.

Por tal motivo le solicito al Magistrado Jesús Antonio Castellanos, que Reconcidere su desición y permita que sede el Nuevo Juicio por entender que seria lo Justo y Razonable ya que en verdad Somos INOCENTES y me intereza que la verdad se aclare, que estoy dispuesto a cualquier prueba que este Honorable Magistrado crea pertinente en mi caso, incluyendo el D.N.A.
Porque lo que se esta alegando en esta mocion es real y verdadero que este caso fue vilmente fabricado, sabiendo que SOMOS INOCENTES.

-10-

Declaración Jurada

Yo Juan Carlos Meléndez Serrano, Mayor de Edad, declaro bajo Juramento Que lo que e expuesto en esta Mocion Es la Verdad, y Nada más que la Verdad y Para que conste en el dia de Hoy 11 de Agosto del 2003

La Firmo y la Juramento

_Juan Carlos Meléndez Serrano_
Juan Carlos Meléndez Serrano
Bayamón 501
Unidad 3-B  Modulo 103
P.O. Box 607073
Bayamón, P.R. 00961

[SELLO OFICIAL — ADMINISTRACIÓN DE CORRECCIÓN — BAYAMÓN 501]