IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Juan Carlos Meléndez Serrano   Civil
    Petitioner
        v                               No. 03-1050
El Pueblo de Puerto Rico
    Respondent
xxxxxxxxxxxxxxx

Mocion en Relacion a
"Recomendacion del Majistrado"

Al Honorable Majistrado J. Antonio Castellanos

A- El Peticionanario entiende que la Recomendacion del Magistrado ha sido inconsistente a las leyes Ex-post-fact. ya que el Peticionario ha estado cumpliendo su Sentencia desde 1992; el Caso fue en 1989.

1- No obstante la ley conocida "Death Penalty Act (AEDPA) Pub.L. 40 104-132 110 Stat 1214 (1996) donde limita los terminos de un año para acudir ante este tribunal sera aplicada solamente aquellos casos que su Sentencia fuera despues del (1996)

2- En Relacion a lo Orden y Notificacion que este honorable Magistrado emitiera en respuesta de esta orden este peticionario no habia contestado por los siguientes fundamentes

I- No he tenido pruebas suficientes para emitirla ante el honorable tribunal, se me..

II

...hace difícil recopilar las pruebas debido a mi privación como Confinado, y no tengo representación legal que pudiese ayudarme; ya que no conosco de leyes, ni entiendo el idioma Ingles; son muy pocos los confinados que pueden interpretar el idioma Ingles.

II- Deseo Solicitar representación legal de algun abogado y que se me asigne un investigador para que se pueda esclarecer mi caso.

III- Que el Tribunal nos conceda tiempo razonable para yo poder conseguir pruebas suficientes que determine mi inocencia con relación a la testigo Barbara Martinez Maldonado que queria hablar sobre mi Inocencia, y fue nuevamente cuasionada y intimidada para que no digera nada sobre la fabricación del caso y mi inocencia.

B- Si yo no cumpli con lo ordenado en Agosto 19 2003 y Julio 31, 2003 fue por mi confinamiento y la mala interpretación que terceras personas le dieron a las ordenes del Tribunal, ya que yo no hablo ni leo el idioma Ingles.
Yo no tengo, ni he tenido la oportunidad de conseguir toda la documentación requerido por este Honorable Tribunal por lo cual yo le envie el Num de caso del Supremo ya que la contestación fue una extensa.

III

yo por lo cual le solicito que el Caso Civil No. 03-1050 "archivarlo sin Prejuicio", para entonces poder buscar los Medios de completar todos los documentos para demostrar que he agotado todos los recursos administrativos y poder Volver ante este honorable tribunal con todos los documentos correspondientes

Por todo lo cual Muy respetuosamente le solicito a este honorable tribunal que de "ha Lugar" la presente Mocion en relacion a la Recomendacion del Magistrado.

EN BAYAMÓN, Puerto Rico, 2 Febrero 2004

Juan Carlos Meléndez Serrano
Juan Carlos Meléndez Serrano
Bayamón 501
Unidad 3B Mod 103
P.O. Box 607073
Bayamón, P.R. 00961

