Fecha 27-junio-04

Juan M. Perez Gimenez
Hon. juez federal.

Dios le Bendiga Grandemente, tanto a usted como a sus seres amados.

El motivo de esta carta es por el caso núm. 3:03-CV-1050, referente, a la determinación del Hon. juez Juan M. Perez Gimenez, de la orden de "Dismissed with prejudice."

Quiero informarle que este humilde confinado antes que el Hon. Juez Juan M. Perez Gimenez diera la orden que se menciona arriba, yo le había escrito al Hon. Magistrado federal Hon. J. Antonio Castellanos para indicarle que yo le había enviado todos los papeles y documentos sobre mi caso, donde alego mi inocencia y la fabricación vilmente del caso por fiscales y oficiales corruptos que fabricaron testigos; al escribirle al Hon. Castellanos le pedí le solicito que archivara el caso sin prejuicio; para que yo pudiera volver a conseguir otra vez todos los papeles y documentos para hacer todo como me lo indico.
Yo le dije en mi carta anterior que estoy limitado no tengo ayuda de nadie me es casi imposible localizar todos los documentos que me pides.

-2-

yo estoy pagando junto con otro joven por unos hechos que nunca cometimos. nos juzgaron y sentenciaron sin ninguna evidencia real; necesitamos sacar la verdad a la luz y sacar los corruptos y los jueces podridos que en Sucesión la Justicia; Deseamos Justicia Verdadera.

Yo le súplico le solicito que por amor a Dios me concedan el poder solicitar sin perjuicio; Nuevamente la Ayuda de este Hon. tribunal federal. y ante su Señoria Hon. Juez federal.

No es justo que los inocentes estén preso y los culpables libres.

Dios le bendiga, y quedo ante usted.

Cordialmente

Juan Carlos Melendez Serrano
Confinado

Bayamón 501
Unidad 3B Mad 103
P.O. Box 607023
Bayamón, P.R. 00961